IN THE SUPREME COURT OF NORTH CAROLINA

No. 304A17

Filed 11 May 2018

STATE OF NORTH CAROLINA

v.

ASAIAH BEN YISRAEL


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 804 S.E.2d 742 (2017), finding no error after appeal from a judgment entered on 13 April 2016 by Judge Paul C. Ridgeway in Superior Court, Wake County. Heard in the Supreme Court on 16 April 2018.

*Joshua H. Stein, Attorney General, by Mary L. Lucasse, Special Deputy Attorney General, for the State.*

*Craig M. Cooley for defendant-appellant.*


PER CURIAM.

AFFIRMED.